UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBERT WARD,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN OMALLEY, COMMISSIONER OF SOCIAL SECURITY ADMINSTRATION,<br><br>Defendant. | Case No. 5:24-cv-00539-FWS-PD<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [16] AND OVERRULING OBJECTIONS [17]** |

I.  **Introduction and Relevant Procedural History**

Before the court is the Magistrate Judge's March 20, 2025, Report and Recommendation.  (Dkt. 16 ("Report and Recommendation" or "R&R").)  Based on the state of the record, as applied to the applicable law, the court **ADOPTS** the Report and Recommendation issued by the Magistrate Judge, including each of the findings of fact and conclusions of law therein.

|   |   |
|---|---|
| 1 | In summary, on March 13, 2025, Plaintiff Joseph Robert Ward ("Plaintiff") filed a Complaint against Defendant Martin O'Malley ("Defendant"), Commissioner of Social Security Administration. (Dkt. 1 ("Complaint").) On May 14, 2024, Defendant filed an Answer to the Complaint. (Dkt. 11.) On June 12, 2024, Plaintiff filed a Motion for Summary Judgment. (Dkt. 12 ("Motion for Summary Judgment" or "Motion").) On July 15, 2024, Defendant filed the Commissioner's Brief requesting the court to affirm the Administrative Law Judge's decision. (Dkt. 13 ("Brief").) On July 29, 2024, Plaintiff filed a reply in support of the Motion. (Dkt. 14 ("Reply").) On March 20, 2025, the Magistrate Judge issued the Report and Recommendation. (Dkt. 16) On April 2, 2025, Petitioner objected to the Report and Recommendation. (Dkt. 17 ("Objections").) |

**II.   Discussion**

"A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3) (stating "[t]he district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to," and "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions"). Proper objections require "specific written objections to the proposed findings and recommendations" of the magistrate judge. Fed. R. Civ. P. 72(b)(2). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."). Where no objection has been made, arguments challenging a finding are deemed waived. *See* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file

written objections to such proposed findings and recommendations as provided by rules of court."). Moreover, "[o]bjections to a R&R are not a vehicle to relitigate the same arguments carefully considered and rejected by the Magistrate Judge." *Chith v. Haynes*, 2021 WL 4744596, at *1 (W.D. Wash. Oct. 12, 2021).

In the Report and Recommendation, the Magistrate Judge recommended that the court issue an order:

> (1) accepting this Report and Recommendation; (2) denying Plaintiff's Motion for Summary Judgment; (3) entering judgment in the Acting Commissioner's favor; and (4) dismissing this action with prejudice.

(Report and Recommendation at 28.)

In the Objections, Plaintiff makes several arguments, including, in summary, that the Magistrate Judge incorrectly found that any errors arising from the Administrative Law Judge's findings were harmless. (Objections at 2-9.) After conducting a de novo review of the Objections, the court agrees with each of the findings of fact and conclusions of law set forth in the Report and Recommendation, including each of the recommendations contained therein. Accordingly, Plaintiff's arguments set forth in the Objections are **OVERRULED** on the merits.

In sum, pursuant to 28 U.S.C. § 636, the court has reviewed the record, including the Report and Recommendation, the Motion, the Brief, the Reply, and the other records of the case. After conducting a de novo review of the Objections, the court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

**III.   Conclusion**

Based on the state of the record, as applied to the applicable law, the court adopts the Report and Recommendation and accepts each of the findings of fact and conclusions of law therein. Accordingly, the court **ORDERS** the following:

(1)   The Motion for Summary Judgment is **DENIED**.

(2)   The court enters judgment in favor of Defendant Martin O'Malley.

(3) This case is **DISMISSED WITH PREJUDICE**.

Dated: April 10, 2025

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE