JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBERT W.,[1] | Case No. 5:24-cv-00539-FWS-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LELAND DUDEK, Acting COMMISSIONER OF SOCIAL SECURITY,[2] | |
| Defendant. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 10, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference on Court Administration and Case Management.

[2] Leland Dudek, who was appointed Acting Commissioner on February 17, 2025, is substituted in as the correct Defendant. *See* 42 U.S.C. § 405(g).